# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE BOLYARD,<br><br>    Plaintiff,<br><br>    v.<br><br>WALLENPAUPACK LAKE ESTATES, INC. and WALLENPAUPACK LAKE ESTATES PROPERTY OWNERS ASSOCIATION,<br><br>    Defendants. | CIVIL ACTION NO. 3:10-CV-87<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 24th day of February, 2012, **IT IS HEREBY ORDERED** that WLE's motion for summary judgment (Doc. 30) is **DENIED**.

                                                    /s/ A. Richard Caputo  
                                                    A. Richard Caputo  
                                                    United States District Judge