# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHANIE BOLYARD, | |
| Plaintiff, | CIVIL ACTION NO. 3:10-CV-87 |
| v. | (JUDGE CAPUTO) |
| WALLENPAUPACK LAKE ESTATES, INC. and WALLENPAUPACK LAKE ESTATES PROPERTY OWNERS ASSOCIATION, | |
| Defendants. | |

## ORDER

**NOW**, this 24th day of February, 2012, **IT IS HEREBY ORDERED** that WLE's motion for summary judgment (Doc. 30) is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge